# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

Jane L. McDonald, Counsel                                      Kelleen E. Stanley*
Jennifer R. Gorchow, Staff Attorney                             Jennie P. Archer*
William H. Clunn, III, Staff Attorney                           Lu'Shell K. Alexander*

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

April 27, 2022

## NOTICE OF CHANGE TO TELEPHONIC CALL IN INSTRUCTIONS

Please disregard the docket entry dated April 21st containing telephonic call in instructions for the 341(a) Meeting of Creditors scheduled for May 5, 2022. Please see docket entry dated April 26th for correct telephonic call in instructions.

Very truly yours,

**OFFICE OF THE CHAPTER 13 STANDING TRUSTEE**

***/s/ Isabel C. Balboa***

Isabel C. Balboa
Chapter 13 Standing Trustee

ICB:jbd

Cherry Tree Corporate Center                              Payments Only:
535 Route 38
Suite 580                                                 P.O. Box 1978
Cherry Hill, NJ 08002                                     Memphis, TN 38101-1978
(856) 663-5002