Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−12721−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Kristen A. Weiss
 87 Lauren Way
 Franklinville, NJ 08322

Social Security No.:
 xxx−xx−1191

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/8/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 8, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Kristen A. Weiss  
    Debtor

Case No. 22-12721-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Nov 08, 2022      Form ID: 148      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen A. Weiss, 87 Lauren Way, Franklinville, NJ 08322-2673 |
| 519564390 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519548004 | + | Franklin Twp Tax Collector, 1571 Delsea Dr., Franklinville, NJ 08322-2391 |
| 519548009 | | Midland Mortgage, Po Box 5025, Oklahoma City, OK 73126 |
| 519548017 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519640063 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519633492 | + | EDI: NAVIENTFKASMDOE.COM | Nov 09 2022 01:33:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519551724 | + | EDI: AISACG.COM | Nov 09 2022 01:33:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519576801 | + | EDI: AISACG.COM | Nov 09 2022 01:33:00 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519548003 | | EDI: CAPITALONE.COM | Nov 09 2022 01:33:00 | Capital One Services, LLC, P O Box 30285, Salt Lake City, UT 84130-0285 |
| 519548007 | | EDI: IRS.COM | Nov 09 2022 01:33:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519548008 | ^ | MEBN | Nov 08 2022 20:35:51 | KML Law Group, PC, 701 Market St, Suite 5000, c/o Midland Mortgage, Philadelphia, PA 19106-1541 |
| 519552180 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2022 20:44:03 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519552346 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2022 20:44:03 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519636114 | + | EDI: AISMIDFIRST | Nov 09 2022 01:33:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519548010 | ^ | MEBN | Nov 08 2022 20:35:32 | Northstar Location Services LLC, C/O Ally Financial, Attn: Financial Services Department, |

Case 22-12721-ABA    Doc 22    Filed 11/10/22    Entered 11/11/22 00:14:39    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 08, 2022 | Form ID: 148 | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | | | | 4285 Genesse St, Cheektowga, NY 14225-1943 |
| 519548011 | ^ | MEBN | Nov 08 2022 20:34:30 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519548012 | + | Email/Text: bncnotifications@pheaa.org | Nov 08 2022 20:39:00 | PHEAA/ FED Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 519548013 | | EDI: PRA.COM | Nov 09 2022 01:33:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519548014 | | EDI: PRA.COM | Nov 09 2022 01:33:00 | Portfolio Recovery Associates, Po Box 12914, c/o Capital One, Norfolk, VA 23541 |
| 519582549 | | EDI: PRA.COM | Nov 09 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519548015 | | Email/Text: signed.order@pfwattorneys.com | Nov 08 2022 20:39:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., c/o Credit One Bank N.A., Parsippany, NJ 07054 |
| 519548016 | | Email/Text: signed.order@pfwattorneys.com | Nov 08 2022 20:39:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., c/o LVNV Funding LLC, Parsippany, NJ 07054 |
| 519628315 | + | EDI: AIS.COM | Nov 09 2022 01:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519548005 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519548006 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 08, 2022 | Form ID: 148 | Total Noticed: 26 |

Seymour Wasserstrum
    on behalf of Debtor Kristen A. Weiss mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5