# LAW OFFICES OF SEYMOUR WASSERSTRUM

### ATTORNEYS AT LAW

205 W. LANDIS AVE                                   VINELAND NJ 08360

SEYMOUR WASSERSTRUM                                 TELEPHONE: (856) 696-8300
                                                    FACSIMILE: (856) 696-6962
                                                    FACSIMILE: (856) 696-3586

February 7, 2023

Honorable Andrew B. Altenberg, USBJ
US Bankruptcy Court – Clerk's Office
4th and Cooper Street, Second Floor
Camden, NJ 08102

Re: **Kristen A. Weiss**
Chapter 13 Case No.: **22-12721/ABA**
Withdraw of Motion re:MOTION TO VACATE DISMISSAL OF CASE

Dear Judge Altenberg:

Please accept this letter as our request to withdraw the Motion re:

MOTION TO VACATE DISMISSAL OF CASE which was filed February 7, 2023, under docket number 26.

Thank you for your kind attention.

Respectfully Submitted,

/s/ Seymour Wasserstrum, Esq.
Seymour Wasserstrum, Esq.