# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*  
*Jennifer R. Gorchow, Staff Attorney*  
*William H. Clunn, III, Staff Attorney*

*Kelleen E. Stanley\**  
*Jennie P. Archer\**  
*Lu'Shell K. Alexander\**  
*Kimberly Talley\**  
*\*Certified Bankruptcy Assistant*  
†*Fellow, American College of Bankruptcy*

February 17, 2023

The Honorable Andrew B. Altenburg, Jr.  
United States Bankruptcy Court  
P.O. Box 2067  
Camden, New Jersey 08102

      **RE:**    **Chapter 13 Bankruptcy**  
              **Case No. 22-12721 (ABA)**  
              **Debtor(s) Name: Kristen A. Weiss**

Dear Judge Altenburg:

      Please accept this letter in lieu of a more formal response to Debtor's Motion to Reopen Case and Vacate Dismissal Order, which is returnable Tuesday, February 28, 2023, at 10:00 a.m.

      Debtor filed a Chapter 13 Bankruptcy Petition on April 4, 2022. Debtor filed a Chapter 13 Plan that same date proposing to pay $600 for 36 months to pay $3,953 administrative fees to counsel; cure pre-petition mortgage arrears through a loan modification to be completed no later than October 1, 2022, with 100% to unsecured creditors who filed timely claims.

      The Trustee conducted a § 341(a) Meeting of Creditors in Debtor's case on May 5, 2022. Upon completion of the examination of Debtor, the Trustee requested Debtor to provide additional information prior to the Confirmation hearing scheduled for June 8, 2022. The Confirmation hearing held on June 8, 2022, was adjourned three (3) times to allow Debtor more time to provide the requested documents. On October 26, 2022, the Trustee recommended dismissal of Debtor's case but agreed to hold the Dismissal Order 10 days to allow Debtor time to submit one payment and all outstanding documents. On November 8, 2022, an Order Dismissing Case was entered by the Court.

      Debtor now comes before the Court on a Motion to Reopen and Vacate Dismissal Order. Debtor states that her case was dismissed for failure to provide proof of homeowners insurance and proof of income for the contributors. Debtor attached proof of homeowners insurance, contribution letters and proof of income for Shawn Steen as exhibits to her motion and requests that her case be reopened and reinstated.

      On June 16, 2022, the State of New Jersey filed an estimated proof of claim for 2017

Cherry Tree Corporate Center  
535 Route 38  
Suite 580  
Cherry Hill, NJ 08002  
(856) 663-5002

Payments Only:

P.O. Box 1978  
Memphis, TN 38101-1978

Individual Income Tax Returns and estimated Sales and Use taxes from the second quarter of 2020 to the first quarter of 2022.  Debtor has not addressed the estimated income tax return and the case cannot proceed to confirmation.

      Debtor is currently $2,400 in plan arrears. Debtor has only provided proof of income for one out of the three contributors listed on Schedule I.  The Trustee cannot verify the contributors' ability to assist Debtor with her bankruptcy payments without proof of their income in support of the contribution letters.  Debtor states that her boyfriend no longer lives with her; however, she will be able to make the plan payments with her income.  Debtor has not filed an Amended Schedule I to show the change in income and remove the contributor.  Additionally, Debtor has not provided bank statements dated July 1, 2021 through October 31, 2021.

      The Trustee has been requesting the aforementioned information since the §341(a) Meeting of Creditors was conducted on May 5, 2022.  The Trustee respectfully requests Debtor be required to cure the plan arrears and address all outstanding matters within ten (10) days of the entry of an Order Vacating Dismissal Order.

      As always, please feel free to contact this office with any questions or concerns.

      Respectfully submitted,

      *s/ Isabel C. Balboa*
      Isabel C. Balboa
      Chapter 13 Standing Trustee

ICB/jpa
cc:    Seymour Wasserstrum, Esquire  (Via CM/ECF and e-mail)
      Kristen A. Weiss (Via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978

Page **2** of **2**