UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on February 28, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kristen A. Weiss

| | |
|---|---|
| Case No.: | 22-12721 |
| Hearing Date: | 2/28/23 |
| Judge: | Altenburg |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

**DATED: February 28, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the motion of _____The debtor_____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☒  A Trustee shall be appointed.

   ☐  A Trustee shall not be appointed.

3. ☐  An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order.  If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within _____ days for closing eligibility.  The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*