Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−12721−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kristen A. Weiss
  87 Lauren Way
  Franklinville, NJ 08322

Social Security No.:
  xxx−xx−1191

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:          4/12/23
Time:          09:00 AM
Location:      Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: February 28, 2023
JAN: har

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-12721-ABA |
| Kristen A. Weiss | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 28, 2023 | Form ID: 132 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen A. Weiss, 87 Lauren Way, Franklinville, NJ 08322-2673 |
| 519564390 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519548004 | + | Franklin Twp Tax Collector, 1571 Delsea Dr., Franklinville, NJ 08322-2391 |
| 519548009 | | Midland Mortgage, Po Box 5025, Oklahoma City, OK 73126 |
| 519548012 | #+ | PHEAA/ FED Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 519548017 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519640063 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 28 2023 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 28 2023 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519633492 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Feb 28 2023 21:01:32 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519551724 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2023 21:01:32 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519576801 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 28 2023 21:01:11 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519548003 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 28 2023 21:01:31 | Capital One Services, LLC, P O Box 30285, Salt Lake City, UT 84130-0285 |
| 519548007 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2023 21:02:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519548008 | ^ | MEBN | Feb 28 2023 20:52:05 | KML Law Group, PC, 701 Market St, Suite 5000, c/o Midland Mortgage, Philadelphia, PA 19106-1541 |
| 519552180 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2023 21:01:34 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519552346 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2023 21:01:13 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519636114 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Feb 28 2023 21:01:09 | MidFirst Bank, 999 NorthWest Grand Boulevard, |

Case 22-12721-ABA    Doc 34    Filed 03/02/23    Entered 03/03/23 00:14:42    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2023 | Form ID: 132 | Total Noticed: 26 |

| Recip ID | | | | | |
|---|---|---|---|---|---|
| | | | | | Oklahoma City, OK 73118-6051 |
| 519548010 | ^ | MEBN | | Feb 28 2023 20:51:53 | Northstar Location Services LLC, C/O Ally Financial, Attn: Financial Services Department, 4285 Genesse St, Cheektowga, NY 14225-1943 |
| 519548011 | ^ | MEBN | | Feb 28 2023 20:51:00 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519548013 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Feb 28 2023 21:01:34 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519548014 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Feb 28 2023 21:01:33 | Portfolio Recovery Associates, Po Box 12914, c/o Capital One, Norfolk, VA 23541 |
| 519582549 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | Feb 28 2023 21:01:50 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519548015 | | Email/Text: signed.order@pfwattorneys.com | | Feb 28 2023 21:02:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., c/o Credit One Bank N.A., Parsippany, NJ 07054 |
| 519548016 | | Email/Text: signed.order@pfwattorneys.com | | Feb 28 2023 21:02:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., c/o LVNV Funding LLC, Parsippany, NJ 07054 |
| 519628315 | + | Email/PDF: ebn_ais@aisinfo.com | | Feb 28 2023 21:01:33 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519548005 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519548006 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | |

District/off: 0312-1 | User: admin | Page 3 of 3
--- | --- | ---
Date Rcvd: Feb 28, 2023 | Form ID: 132 | Total Noticed: 26

| | |
|---|---|
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Seymour Wasserstrum | on behalf of Debtor Kristen A. Weiss mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5