Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−12721−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Kristen A. Weiss
87 Lauren Way
Franklinville, NJ 08322

Social Security No.:
xxx−xx−1191

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/12/23.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: April 12, 2023
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 22-12721-ABA

Kristen A. Weiss   Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3

Date Rcvd: Apr 12, 2023      Form ID: 148      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kristen A. Weiss, 87 Lauren Way, Franklinville, NJ 08322-2673 |
| 519633492 | + | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519564390 | + | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519548004 | + | Franklin Twp Tax Collector, 1571 Delsea Dr., Franklinville, NJ 08322-2391 |
| 519548009 | | Midland Mortgage, Po Box 5025, Oklahoma City, OK 73126 |
| 519548012 | #+ | PHEAA/ FED Loan Serv, PO Box 60610, Harrisburg, PA 17106-0610 |
| 519548017 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519640063 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 12 2023 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 12 2023 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519633492 | + | EDI: MAXMSAIDV | Apr 13 2023 00:21:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519551724 | + | EDI: AISACG.COM | Apr 13 2023 00:21:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519576801 | + | EDI: AISACG.COM | Apr 13 2023 00:21:00 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519548003 | | EDI: CAPITALONE.COM | Apr 13 2023 00:21:00 | Capital One Services, LLC, P O Box 30285, Salt Lake City, UT 84130-0285 |
| 519548007 | | EDI: IRS.COM | Apr 13 2023 00:21:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 519548008 | ^ | MEBN | Apr 13 2023 12:56:18 | KML Law Group, PC, 701 Market St, Suite 5000, c/o Midland Mortgage, Philadelphia, PA 19106-1541 |
| 519552180 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 20:39:47 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519552346 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 12 2023 20:39:34 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2023 | Form ID: 148 | Total Noticed: 26 |

| | | | | |
|---|---|---|---|---|
| 519636114 | + EDI: AISMIDFIRST | Apr 13 2023 00:21:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519548010 | ^ MEBN | Apr 13 2023 12:56:06 | Northstar Location Services LLC, C/O Ally Financial, Attn: Financial Services Department, 4285 Genesse St, Cheektowga, NY 14225-1943 |
| 519548011 | ^ MEBN | Apr 13 2023 12:55:40 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 519548013 | EDI: PRA.COM | Apr 13 2023 00:21:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519548014 | EDI: PRA.COM | Apr 13 2023 00:21:00 | Portfolio Recovery Associates, Po Box 12914, c/o Capital One, Norfolk, VA 23541 |
| 519582549 | EDI: PRA.COM | Apr 13 2023 00:21:00 | Portfolio Recovery Associates, LLC, c/o CAPITAL ONE BANK (USA), N.A., POB 41067, Norfolk, VA 23541 |
| 519548015 | Email/Text: signed.order@pfwattorneys.com | Apr 12 2023 20:30:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., c/o Credit One Bank N.A., Parsippany, NJ 07054 |
| 519548016 | Email/Text: signed.order@pfwattorneys.com | Apr 12 2023 20:30:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Rd., c/o LVNV Funding LLC, Parsippany, NJ 07054 |
| 519628315 | + EDI: AIS.COM | Apr 13 2023 00:21:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519548005 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519548006 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 14, 2023                Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 12, 2023 | Form ID: 148 | Total Noticed: 26 |

Isabel C. Balboa
    ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Seymour Wasserstrum
    on behalf of Debtor Kristen A. Weiss mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5